AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America<br>v.<br><br>Joseph Patrick Mosher<br><br>*Defendant(s)* | )<br>)  **SEALED**<br>)  Case No. 4:18MJ452<br>)<br>)<br>)<br>) |

ORIGINAL

FILED
NOV - 9 2018
Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __8/8/2018 - 9/26/2018__ in the county of __Denton__ in the
__Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Sexual Exploitation of Children (and attempt) |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent LeAndrew J. Mitchell, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/09/2018__

_____
*Judge's signature*

City and state: __Plano, Texas__   Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*