IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:18CR 218 |
| JOSEPH PATRICK MOSHER | § § | Judge Crone |

**INDICTMENT**

FILED
NOV 15 2018
Clerk, U.S. District Court
Texas Eastern

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. §§ 2251(a) and (e)
(Sexual Exploitation of Children and Attempt)

Between on or about August 8, 2018, and on or about September 26, 2018, in the Eastern District of Texas, **Joseph Patrick Mosher**, defendant, did knowingly employ, use, persuade, induce, entice, and coerce any minor under the age of eighteen to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and did attempt to employ, use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer. Specifically, the defendant, **Joseph Patrick Mosher**, did employ, use, persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, and did attempt to employ, use, persuade, induce, entice, and coerce Victim 1 to engage in sexually explicit conduct for the purpose of

producing visual depictions of such conduct, using a concealed camera and a SanDisk micro SD card, and in so doing did produce the following visual depictions:

| FILE NAME | DESCRIPTION |
| --- | --- |
| TB STL 9-1-18.avi | A ten minute, eleven-second video depicting Victim 1. The video begins with an adult male setting up and adjusting the camera in a bathroom before Victim 1 enters the room. The video then captures Victim 1's penis as he urinates and as he exits the shower. Victim 1's penis is the focus of the video. |
| _UNP0002.avi | A ten minute, eleven-second video depicting Victim 1. The video begins with an adult male setting up and adjusting the camera in a bathroom before Victim 1 enters the room. The video then captures Victim 1's penis as he urinates, while erect in the shower, and as Victim 1 exits the shower. Victim 1's penis is the focus of the video. |

In violation of 18 U.S.C. §§ 2251(a) and (e).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendant, **Joseph Patrick Mosher**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. SanDisk 8GB micro SD Card.
2. Lexar High Speed 64GB micro SD card.
3. 2 Key Fob pinhole cameras, unknown manufacturer.
4. Apple iPhone 7 cellular phone, bearing ICCID # 89014104271039994147.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

(1) any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains

      any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

(3)    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____      Date: 11/15/18
MARISA J. MILLER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR |
| | § | Judge |
| JOSEPH PATRICK MOSHER | § | |

## NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 18 U.S.C. §§ 2251(a) and (e) |
| Penalty: | Imprisonment for not less than 15 years and not more than 30 years; if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than 25 years and not more than 50 years; if the defendant has two or more convictions under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to the sexual exploitation of children, such person shall be imprisoned for not less than 35 years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life. |

Special Assessment: $ 100.00

Notice of Penalty - Page 1